JUN 28 2013

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROGER L. TAYLOR<br><br>        Plaintiff,<br><br>v.<br><br>VERMONT RAILWAY, INC.,<br><br>        Defendant. | CASE NO. 7:11-cv-1351(NAM/TWD)<br><br>**STIPULATION OF DISCONTINUANCE**<br>**WITH PREJUDICE** |

    IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the parties to the above-entitled action, that whereas no party hereto is an infant or an incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, that the above entitled action is hereby discontinued against the Defendant with prejudice and without costs to any party.

    IT IS FURTHER STIPULATED AND AGREED, that the fax signatures appearing below will be deemed to be originals and that the within Stipulation may be filed without further notice with the Clerk of the Court.

Dated: Philadelphia, Pennsylvania
       June 11, 2013

Dated: Burlington, Vermont
       June 3, 2013

**DAVID LOCKARD AND ASSOCIATES**

By: _____
    David L. Lockard, Esq.
    Attorneys for Plaintiff
    15 West Highland Avenue
    Philadelphia, PA 19118
    (215)753-0661

**DOWNS RACHLIN MARTIN PLLC**

By: _____
    Danielle L. Pennetta, Esq.
    Attorneys for Defendant
    199 Main Street
    Burlington, Vermont 05402
    (802) 863-2375

**IT IS SO ORDERED.**

_____
Norman A. Mordue
**District Judge**

Dated: June 28, 2013